IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JALIL WILLIAMS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 16-1134 |
| | : | |
| JOSEPH CARUSO | : | |

## ORDER

AND NOW, this 9th day of February, 2017, upon consideration of Defendant Joseph Caruso's Motion for Summary Judgment and Plaintiff Jalil Williams's response thereto, and following a November 17, 2016, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant's Motion (Document 12) is GRANTED. Plaintiff's claims are DISMISSED without prejudice under *Heck v Humphrey*, 512 U.S. 477 (1994).

It is further ORDERED Plaintiff's Motions in Limine (Documents 18, 19, and 20) and Defendant's Motion in Limine (Document 22) are DISMISSED as moot.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.